UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 08-137

---

In Regard to the Matter of:

Bayside State Prison

Litigation

DONALD PHELPS,

-vs-

WILLIAM H. FAUVER, et al,

Defendants.

Opinion and Report

Of the

Special Master

ORIGINAL

---

\* \* \* \*

FRIDAY, FEBRUARY 29, 2008

\* \* \* \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

MASTROIANNI & FORMAROLI, INC.

Certified Court Reporting & Videoconferencing

251 South White Horse Pike

Audubon, New Jersey 08106

856-546-1100

Page 2

```
 1
 2
 3              Transcript of proceedings in the above
 4    matter taken by Theresa O. Mastroianni, Certified
 5    Court Reporter, license number 30X100085700, and
 6    Notary Public of the State of New Jersey at the
 7    United States District Court House, One Gerry Plaza,
 8    Camden, New Jersey, 08102, commencing at 3:10 PM.
 9
10    A P P E A R A N C E S:
11
          LOUGHRY & LINDSAY, ESQUIRES
12        BY:  LAWRENCE W. LINDSAY, ESQUIRE
          330 MARKET STREET
13        CAMDEN, NEW JERSEY 08102
          856-968-9201
14        ATTORNEYS FOR THE PLAINTIFFS
15
16        ROSELLI & GRIEGEL, PC
          BY:  JAMES LAZZARO, ESQUIRE
17             - and -
          BY:  STEVEN GRIEGEL, ESQUIRE
18        1337 STATE HIGHWAY 33
          HAMILTON SQUARE, NEW JERSEY  08690
19        609-586-2257
          ATTORNEYS FOR THE DEFENDANTS
20
21
22
23
24
25
```

1            JUDGE BISSELL:  We will reopen the

2    record in the matter of Donald Phelps versus William

3    Fauver, et al, assigned a docket number 08-CV-137.

4            This opinion/report is being issued

5    pursuant to the directives of the Order of Reference

6    to a Special Master and the Special Master's

7    Agreement and the guiding principles of law which

8    underlie this decision to be applied to the facts

9    upon which it is based as set forth in the jury

10   instructions in the Walker and Mejias jury charges to

11   the extent applicable to the allegations in Mr.

12   Phelps' case.

13           As finalized after review under Local

14   Civil Rule 52.1, the transcript of this oral opinion

15   will constitute the written report required by

16   paragraph seven of the Order of Reference to a

17   Special Master.

18           Mr. Phelps was housed in C Unit at the

19   time significant to his case which was about two

20   weeks after July 30, 1997.  He had had his foot

21   operated upon to straighten his right big toe and was

22   on crutches with a bandaged foot.  He was making

23   regular visits to the infirmary to have his foot

24   dressed and inspected and also for the administration

25   of insulin due to his diabetic condition.

1          The SOG officers came into C Unit at or
2    about this time, as I said, approximately two weeks
3    after July 30, 1997.  He was ordered to strip in his
4    cell, he was not moving with as much agility and
5    speed as the officers would like.  He was, therefore,
6    prodded in his ribs.  However, it didn't hurt him.
7    The man, compared to his size, (of course, I was able
8    to observe Mr. Phelps, he's a big man) was smaller
9    than Mr. Phelps and, accordingly, this prodding
10   didn't hurt him.  However, the man also kicked him in
11   the groin in order to, apparently, speed up Mr.
12   Phelps' compliance.  I find that this particular
13   action was excessive, penal in nature and for the
14   purpose of asserting authority unnecessarily.  I find
15   that it hurt and that it hurt him throughout the day
16   in the gym.
17          A more serious incident involved here,
18   however, was described by Mr. Phelps beginning at
19   page 35, line 22 of his testimony.  The excerpt is
20   not too lengthy and so I'll read it or read from it
21   in the next few minutes.
22          The questions began at line 22:  "Did
23   they do anything else to you in your cell?
24          Answer:  No, they told me to come
25   outside my cell at that time and told me to lean

1   against the wall with my forehead on the wall, my

2   hands behind my back with my legs spread out. And

3   that's when the officer came up and was asking me

4   what is all those bandages on my foot for.

5           Question: What did you reply?

6           Answer: I told him I had surgery on my

7   foot and he asked me what type of surgery. I said I

8   had a piece of bone removed from my big toe and then

9   they just stomped my foot.

10          Question: Who stomped your foot?

11          Answer: One of the SOG unit officers.

12          Question: How many times did he stomp

13  your foot?

14          Answer: Like four times.

15          Question: Was this a forceful action?

16          Answer: Yes.

17          Question: Did that hurt?

18          Answer: Yeah.

19          Question: How would you describe the

20  pain?

21          Answer: I started having shooting

22  pain. And they made me, because the doctor told me

23  no weight-bearing on my foot, and when they told me

24  to go to the gym and follow the man in front of me

25  and don't get out of line, they wouldn't let me use

```
 1   no crutches.  So I had to hobble on my foot from my
 2   unit to the gym."
 3              He then describes speaking with a
 4   doctor in the infirmary about this matter and at page
 5   41, line five for approximately a page also quoting
 6   at this time.
 7              "And it was a lady doctor and she was
 8   new, I didn't know her name.  And that's when they
 9   came and took me down to the infirmary to see the
10   doctor.  She was asking me what happened to my foot,
11   but the SOG officers on the way there before I came
12   out of my cell, they were telling me if I was to try
13   to start any trouble or try to tell anything on them,
14   they said that I'm going to have problems and stuff
15   you know.
16              So when the doctor was asking me what
17   happened, I said my foot got hurt.  And she was like
18   saying how.  And I just like looked at her and turned
19   my head toward the officers and she just looked at
20   them and shook her head.
21              Question:  Were the SOGs right there
22   when that conversation occurred?
23              Answer:  Yes.
24              Question:  Did you feel that they were
25   threatening you?
```

1        Answer:  Yes, they was.

2        Question:  Let me rephrase that.  Did
3    you feel threatened?

4        Answer:  Yes.

5        Question:  By the SOGs?

6        Answer:  Yes."

7        Once again, as any fact finder
8    endeavoring to exercise common sense and trying to
9    make some determinations as to what makes sense under
10   the circumstances without obviously engaging in fatal
11   speculation, I conclude that there is, indeed, an
12   inherent basis for the truth in the incident as Mr.
13   Phelps describes it.  He was a big man and the SOG
14   officers knew it.  Frankly, it makes some sense that
15   they would endeavor on the front end to deliver a
16   message to a man of this size, possibly a threat to
17   them, in the most effective way.  So under the
18   circumstances they kicked him in the groin and
19   stomped him on an already injured foot.

20       I do determine, of course, that this is
21   indeed excessive and, frankly, malicious and sadistic
22   within the comtemplation of the rules of law that
23   apply to the use of excessive force.  As I said,
24   there is an inherent common sense in why it might
25   have occurred.

1          Secondly, as far as the foot was

2   concerned, this was a pre-existing condition.  Stomp

3   a man on a foot that's already bandaged and little

4   visible evidence results, for it probably looks the

5   same as it was before.  So this also supports a ring

6   of truth to the event as described by Mr. Phelps.

7          Now, a good deal was made, and not

8   surprisingly so, of the entry on the record of the

9   infirmary visit on or about August 14th, 1997, which

10  as described here would be shortly after the event in

11  question.

12         Given the testimony of Mr. Phelps about

13  a reluctance to be completely candid with the

14  examining person, although this does appear to be a

15  nurse's note as opposed to being that of a physician,

16  there is not anything terribly inconsistent between

17  the entry involved here, "continued mild infection",

18  "mild tenderness", "small amount of drainage".

19         Now, they can be read as being

20  attributable to the original condition, but they also

21  are not fatally inconsistent by any means with the

22  description of the events that happened to Mr.

23  Phelps.  Indeed, of course, by that time and once

24  again because the foot was bandaged and the

25  tenderness and drainage might not have been that much

1   more visible. But that doesn't undermine the

2   happening of the incident and the pain inflicted on

3   that occasion.

4            I've also considered the subsequent

5   history to Mr. Phelps' foot. However, I've

6   determined that that was mostly due to the underlying

7   big toe condition itself and to the diabetes which

8   eventually led to the amputation of all of his toes.

9   The impact from the kicking in the groin and the foot

10  stomping was acute and severe at the time, but not of

11  lengthy duration. Nor is there adequate evidence to

12  demonstrate that the eventual amputations were

13  attributable to that event. I also recall an absence

14  of medical testimony that would be needed there.

15           There is no evidence in this matter

16  which this Master finds truly impeaches or undermines

17  the plaintiff's account of the events when confronted

18  with the SOG officers. I find that his explanation

19  for not going into any details shortly after the SOG

20  officers had inflicted this pain upon him was

21  understandable based upon those threats and also, of

22  course, his particular vulnerability. This bandaged

23  foot wasn't going to heal promptly and might remain

24  an obvious target in the future if they were aware

25  that he had made complaints fingering the SOG

1  officers.

2              The actions directed against Mr. Phelps

3  go well beyond the necessity of any proper law

4  enforcement needs or any proper exercise of

5  discipline or other legitimate penalogical purpose as

6  well defined in the jury instructions which are

7  incorporated here.  There was, indeed, excessive and

8  unnecessary and sadistic force imposed upon Mr.

9  Phelps here within the comtemplation of those legal

10 principles.

11             However, in light of the fact that the

12 striking of Mr. Phelps was not prolonged or repeated,

13 while actionable for recovery of compensatory

14 damages, I do not find that the assaults visited upon

15 him rose to the level of being so egregious as to

16 support a claim for punitive damages, at least

17 against the unidentified officers who were with him

18 and the one who inflicted the serious injuries.

19             I realize, of course, the fact that the

20 officers were unidentified here, but there will come

21 a time when the issue arises as to whether there is

22 any significance to the conduct by the perpetrators

23 regarding plaintiffs' efforts to establish supervisor

24 liability.

25             I emphasize here again, therefore, and

1   want to make it perfectly clear that I do not make a

2   finding that the conduct, although actionable, and

3   which supports an award of compensatory damages, was

4   so egregious as to support an award of punitive

5   damages under applicable legal standards.

6          Finally, although not every item of

7   evidence has been discussed in this opinion/report,

8   all evidence presented to the Special Master was

9   reviewed and considered.

10          I find that injury was inflicted and is

11   actionable.  I find that it was acute, but rather

12   short in terms of duration and pain attributable to

13   the events in question and, accordingly, recommend in

14   this report that the district court enter an award of

15   compensatory damages in the amount of seven thousand

16   five hundred dollars in Mr. Phelps' favor.

17

18

19

20

21

22

23

24

25

1          C E R T I F I C A T E

2

3          I, Theresa O. Mastroianni, a Notary Public and

4   Certified Shorthand Reporter of the State of New

5   Jersey, do hereby certify that the foregoing is a

6   true and accurate transcript of the testimony as

7   taken stenographically by and before me at the time,

8   place, and on the date hereinbefore set forth.

9          I DO FURTHER CERTIFY that I am neither a

10  relative nor employee nor attorney nor counsel of any

11  of the parties to this action, and that I am neither

12  a relative nor employee of such attorney or counsel,

13  and that I am not financially interested in the

14  action.

15

16

17

18

19  *Theresa O. Mastroianni*

    Theresa O. Mastroianni, C.S.R.

20  Notary Public, State of New Jersey

    My Commission Expires May 5, 2010

21  Certificate No. XI0857

    Date:  March 10, 2008

22

23

24

25

**A**
able 4:7
absence 9:13
account 9:17
accurate 12:6
action 1:2 4:13
  5:15 12:11,14
actionable 10:13
  11:2,11
actions 10:2
acute 9:10 11:11
adequate 9:11
administration
  3:24
agility 4:4
Agreement 3:7
al 1:8 3:3
allegations 3:11
amount 8:18
  11:15
amputation 9:8
amputations
  9:12
Answer 4:24 5:6
  5:11,14,16,18
  5:21 6:23 7:1,4
  7:6
apparently 4:11
appear 8:14
applicable 3:11
  11:5
applied 3:8
apply 7:23
approximately
  4:2 6:5
arises 10:21
asked 5:7
asking 5:3 6:10
  6:16
assaults 10:14
asserting 4:14
assigned 3:3
attorney 12:10
  12:12
ATTORNEYS
  2:14,19
attributable
  8:20 9:13
  11:12
Audubon 1:23
August 8:9
authority 4:14
award 11:3,4,14
aware 9:24

**B**
back 5:2
bandaged 3:22
  8:3,24 9:22
bandages 5:4
based 3:9 9:21
basis 7:12
Bayside 1:5
began 4:22
beginning 4:18
beyond 10:3
big 3:21 4:8 5:8
  7:13 9:7
BISSELL 1:17
  3:1
bone 5:8

**C**
C 2:10 3:18 4:1
  12:1,1
Camden 2:8,13
candid 8:13
case 3:12,19
cell 4:4,23,25
  6:12
Certificate
  12:21
Certified 1:22
  2:4 12:4
certify 12:5,9
charges 3:10
circumstances
  7:10,18
Civil 1:2 3:14
claim 10:16
clear 11:1
come 4:24 10:20
commencing 2:8
Commission
  12:20
common 7:8,24
compared 4:7
compensatory
  10:13 11:3,15
complaints 9:25
completely 8:13
compliance 4:12
comtemplation
  7:22 10:9
concerned 8:2
conclude 7:11
condition 3:25
  8:2,20 9:7
conduct 10:22
  11:2
confronted 9:17
considered 9:4
  11:9
constitute 3:15
continued 8:17
conversation
  6:22
counsel 12:10,12
course 4:7 7:20
  8:23 9:22
  10:19
court 1:1,22 2:5
  2:7 11:14
crutches 3:22
  6:1
C.S.R 12:19

**D**
damages 10:14
  10:16 11:3,5
  11:15
date 12:8,21
day 4:15
deal 8:7
decision 3:8
Defendants 1:9
  2:19
defined 10:6
deliver 7:15
demonstrate
  9:12
describe 5:19
described 4:18
  8:6,10
describes 6:3
  7:13
description 8:22
details 9:19
determinations
  7:9
determine 7:20
determined 9:6
diabetes 9:7
diabetic 3:25
directed 10:2
directives 3:5
discipline 10:5
discussed 11:7
district 1:1,2 2:7
  11:14
docket 3:3
doctor 5:22 6:4
  6:7,10,16
dollars 11:16
Donald 1:6 3:2
drainage 8:18
  8:25
dressed 3:24
due 3:25 9:6
duration 9:11
  11:12

**E**
E 2:10,10 12:1,1
effective 7:17
efforts 10:23
egregious 10:15
  11:4
emphasize 10:25
employee 12:10
  12:12
endeavor 7:15
endeavoring 7:8
enforcement
  10:4
engaging 7:10
enter 11:14
entry 8:8,17
ESQUIRE 2:12
  2:16,17
ESQUIRES
  2:11
establish 10:23
et 1:8 3:3
event 8:6,10
  9:13
events 8:22 9:17
  11:13
eventual 9:12
eventually 9:8
evidence 8:4
  9:11,15 11:7,8
examining 8:14
excerpt 4:19
excessive 4:13
  7:21,23 10:7
exercise 7:8 10:4
Expires 12:20
explanation
  9:18
extent 3:11

**F**
F 12:1
fact 7:7 10:11,19
facts 3:8
far 8:1
fatal 7:10
fatally 8:21
Fauver 1:8 3:3
favor 11:16
FEBRUARY
  1:13
feel 6:24 7:3
finalized 3:13
Finally 11:6
financially
  12:13
find 4:12,14

9:18 10:14
11:10,11
finder 7:7
finding 11:2
finds 9:16
fingering 9:25
five 6:5 11:16
follow 5:24
foot 3:20,22,23
    5:4,7,9,10,13
    5:23 6:1,10,17
    7:19 8:1,3,24
    9:5,9,23
force 7:23 10:8
forceful 5:15
foregoing 12:5
forehead 5:1
FORMAROLI
    1:22
forth 3:9 12:8
four 5:14
frankly 7:14,21
FRIDAY 1:13
front 5:24 7:15
FURTHER 12:9
future 9:24

G
Gerry 2:7
Given 8:12
go 5:24 10:3
going 6:14 9:19
    9:23
good 8:7
GRIEGEL 2:16
    2:17
groin 4:11 7:18
    9:9
guiding 3:7
gym 4:16 5:24
    6:2

H
H 1:8
HAMILTON
    2:18

hands 5:2
happened 6:10
    6:17 8:22
happening 9:2
head 6:19,20
heal 9:23
hereinbefore
    12:8
HIGHWAY
    2:18
history 9:5
hobble 6:1
HONORABLE
    1:17
Horse 1:23
House 2:7
housed 3:18
hundred 11:16
hurt 4:6,10,15
    4:15 5:17 6:17

I
impact 9:9
impeaches 9:16
imposed 10:8
incident 4:17
    7:12 9:2
inconsistent
    8:16,21
incorporated
    10:7
infection 8:17
infirmary 3:23
    6:4,9 8:9
inflicted 9:2,20
    10:18 11:10
inherent 7:12,24
injured 7:19
injuries 10:18
injury 11:10
inspected 3:24
instructions
    3:10 10:6
insulin 3:25
interested 12:13
involved 4:17

8:17
issue 10:21
issued 3:4
item 11:6

J
JAMES 2:16
Jersey 1:2,23 2:6
    2:8,13,18 12:5
    12:20
JOHN 1:17
JUDGE 3:1
July 3:20 4:3
jury 3:9,10 10:6

K
kicked 4:10 7:18
kicking 9:9
knew 7:14
know 6:8,15

L
lady 6:7
law 3:7 7:22
    10:3
LAWRENCE
    2:12
LAZZARO 2:16
lean 4:25
led 9:8
legal 10:9 11:5
legitimate 10:5
legs 5:2
lengthy 4:20
    9:11
level 10:15
liability 10:24
license 2:5
light 10:11
LINDSAY 2:11
    2:12
line 4:19,22 5:25
    6:5
Litigation 1:5
little 8:3
Local 3:13

looked 6:18,19
looks 8:4
LOUGHRY
    2:11

M
making 3:22
malicious 7:21
man 4:7,8,10
    5:24 7:13,16
    8:3
March 12:21
MARKET 2:12
Master 1:6,17
    3:6,17 9:16
    11:8
Master's 3:6
Mastroianni
    1:22 2:4 12:3
    12:19
matter 1:4 2:4
    3:2 6:4 9:15
means 8:21
medical 9:14
Mejias 3:10
message 7:16
mild 8:17,18
minutes 4:21
moving 4:4

N
N 2:10
name 6:8
nature 4:13
necessity 10:3
needed 9:14
needs 10:4
neither 12:9,11
new 1:2,23 2:6,8
    2:13,18 6:8
    12:4,20
Notary 2:6 12:3
    12:20
note 8:15
number 2:5 3:3
nurse's 8:15

O
O 2:4 12:3,19
observe 4:8
obvious 9:24
obviously 7:10
occasion 9:3
occurred 6:22
    7:25
officer 5:3
officers 4:1,5
    5:11 6:11,19
    7:14 9:18,20
    10:1,17,20
once 7:7 8:23
operated 3:21
opinion 1:5 3:14
opinion/report
    3:4 11:7
opposed 8:15
oral 3:14
order 3:5,16
    4:11
ordered 4:3
original 8:20
outside 4:25

P
P 2:10,10
page 4:19 6:4,5
pain 5:20,22 9:2
    9:20 11:12
paragraph 3:16
particular 4:12
    9:22
parties 12:11
PC 2:16
penal 4:13
penalogical 10:5
perfectly 11:1
perpetrators
    10:22
person 8:14
Phelps 1:6 3:2
    3:12,18 4:8,9
    4:12,18 7:13
    8:6,12,23 9:5

10:2,9,12 11:16
physician 8:15
piece 5:8
Pike 1:23
place 12:8
plaintiffs 2:14 10:23
plaintiff's 9:17
Plaza 2:7
PM 2:8
possibly 7:16
presented 11:8
pre-existing 8:2
principles 3:7 10:10
Prison 1:5
probably 8:4
problems 6:14
proccedings 2:3
prodded 4:6
prodding 4:9
prolonged 10:12
promptly 9:23
proper 10:3,4
Public 2:6 12:3 12:20
punitive 10:16 11:4
purpose 4:14 10:5
pursuant 3:5

**Q**
question 5:5,10 5:12,15,17,19 6:21,24 7:2,5 8:11 11:13
questions 4:22
quoting 6:5

**R**
R 2:10 12:1
read 4:20,20 8:19
realize 10:19

recall 9:13
recommend 11:13
record 3:2 8:8
recovery 10:13
Reference 3:5 3:16
Regard 1:4
regarding 10:23
regular 3:23
relative 12:10,12
reluctance 8:13
remain 9:23
removed 5:8
reopen 3:1
repeated 10:12
rephrase 7:2
reply 5:5
report 1:5 3:15 11:14
Reporter 2:5 12:4
Reporting 1:22
required 3:15
results 8:4
review 3:13
reviewed 11:9
ribs 4:6
right 3:21 6:21
ring 8:5
rose 10:15
ROSELLI 2:16
Rule 3:14
rules 7:22

**S**
S 2:10
sadistic 7:21 10:8
saying 6:18
Secondly 8:1
see 6:9
sense 7:8,9,14,24
serious 4:17 10:18
set 3:9 12:8

seven 3:16 11:15
severe 9:10
shook 6:20
shooting 5:21
short 11:12
Shorthand 12:4
shortly 8:10 9:19
significance 10:22
significant 3:19
size 4:7 7:16
small 8:18
smaller 4:8
SOG 4:1 5:11 6:11 7:13 9:18 9:19,25
SOGs 6:21 7:5
South 1:23
speaking 6:3
Special 1:6,17 3:6,6,17 11:8
speculation 7:11
speed 4:5,11
spread 5:2
SQUARE 2:18
standards 11:5
start 6:13
started 5:21
State 1:5 2:6,18 12:4,20
States 1:1 2:7
stenographica... 12:7
STEVEN 2:17
stomp 5:12 8:2
stomped 5:9,10 7:19
stomping 9:10
straighten 3:21
STREET 2:12
striking 10:12
strip 4:3
stuff 6:14
subsequent 9:4
supervisor 10:23

support 10:16 11:4
supports 8:5 11:3
surgery 5:6,7
surprisingly 8:8

**T**
T 12:1,1
taken 2:4 12:7
target 9:24
tell 6:13
telling 6:12
tenderness 8:18 8:25
terms 11:12
terribly 8:16
testimony 4:19 8:12 9:14 12:6
Theresa 2:4 12:3 12:19
thousand 11:15
threat 7:16
threatened 7:3
threatening 6:25
threats 9:21
time 3:19 4:2,25 6:6 8:23 9:10 10:21 12:7
times 5:12,14
toe 3:21 5:8 9:7
toes 9:8
told 4:24,25 5:6 5:22,23
transcript 2:3 3:14 12:6
trouble 6:13
true 12:6
truly 9:16
truth 7:12 8:6
try 6:12,13
trying 7:8
turned 6:18
two 3:19 4:2
type 5:7

**U**
underlie 3:8
underlying 9:6
undermine 9:1
undermines 9:16
understandable 9:21
unidentified 10:17,20
unit 3:18 4:1 5:11 6:2
United 1:1 2:7
unnecessarily 4:14
unnecessary 10:8
use 5:25 7:23

**V**
versus 3:2
Videoconfere... 1:22
visible 8:4 9:1
visit 8:9
visited 10:14
visits 3:23
vs 1:7
vulnerability 9:22

**W**
W 1:17 2:12
Walker 3:10
wall 5:1,1
want 11:1
wasn't 9:23
way 6:11 7:17
weeks 3:20 4:2
weight-bearing 5:23
White 1:23
William 1:8 3:2
wouldn't 5:25
written 3:15

| X | 8 |
|---|---|
| XIO857 12:21 | 856-546-1100 1:24 |
| **Y** | 856-968-9201 2:13 |
| Yeah 5:18 | |

**0**
08-CV-137 3:3
08-137 1:2
08102 2:8,13
08106 1:23
08690 2:18

**1**
10 12:21
1337 2:18
14th 8:9
1997 3:20 4:3 8:9

**2**
2008 1:13 12:21
2010 12:20
22 4:19,22
251 1:23
29 1:13

**3**
3:10 2:8
30 3:20 4:3
30X100085700 2:5
33 2:18
330 2:12
35 4:19

**4**
41 6:5

**5**
5 12:20
52.1 3:14

**6**
609-586-2257 2:19